IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Sandra Kernaghan,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 08 C 102 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| **City of Chicago, a municipal corporation, and unknown Chicago Police Officers John Does and Jane Roes 1-20;** | ) ) ) ) ) | Magistrate Judge Nolan |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, on **Wednesday, February 20, 2008, at 8:30 a.m.**, to present its Agreed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: February 13, 2008         MARA S. GEORGES,
                                  Corporation Counsel of the City of Chicago


                    By:    /s/ Kenneth Charles Robling
                           KENNETH CHARLES ROBLING
                           Assistant Corporation Counsel


30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-4939

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 13, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING