UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA KERNAGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 102 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

1. **The Nature of the Case**

    A. Daniel P. Kiss as lead counsel for the Plaintiff. Counsel has not yet made an appearance on behalf of the Defendant City of Chicago.

    B. Federal subject matter jurisdiction, § 1983 case.

    C. Plaintiff alleges unreasonable seizure, excessive force, failure to intervene, illegal search of home, unreasonable seizure of property, and indemnification.

    D. The major factual issue is whether the incident took place as alleged in the complaint.

    E. Plaintiff seeks money damages.

2. **Pending Motions and Case Plan**

    A. No motions pending.

    B. Discovery plan:

        a) Written and oral discovery will be needed on Plaintiff's factual claims.

        b) All discovery dates to be set after Defendants have filed their appearance.

    C. Trial

        a) Jury trial is requested.

        b)      The probable length of trial is 3-4 days.

        c)      Case will be ready for trial upon filing of the pretrial order.

3.    **The parties do not unanimously consent to proceed before the magistrate judge.**

4.    **Status of Settlement discussions**

        A.      Settlement discussions have not occurred.

        B.      Settlement discussions have not occurred.

        C.      The parties may request a settlement conference after the Defendant-Officers have been named and served, and after 26(a)1's have been exchanged.

Respectfully Submitted,

Dated: February 13, 2008

/s/ Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595
*Attorney for Plaintiff*