## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Sandra Kernaghan
                              Plaintiff,
v.                                                  Case No.: 1:08−cv−00102
                                                    Honorable Amy J. St. Eve
City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

    MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant City of Chicago for extension of time to answer or otherwise plead to plaintiff's complaint (AGREED MOTION) [11] is granted. Defendant City of Chicago to answer or otherwise plead by 3/14/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.