UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA KERNAGHAN, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 102 |
| ) | |
| vs. ) | Judge St. Eve |
| ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:** Kenneth Robling, Megan Kennedy
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 8:30 a.m., on Thursday, April 17, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable Amy J. St. Eve, or any judge sitting in her stead, in courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Agreed Motion for Leave to File *Instanter* the Attached First Amended Complaint**.

**CERTIFICATE OF SERVICE**

I, Daniel P. Kiss, certify that on Monday, April 14, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Daniel P. Kiss
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595