UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA KERNAGHAN, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 102 |
| ) | |
| vs. ) | Judge St. Eve |
| ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:**   Kenneth Robling, Megan Kennedy
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Tuesday, April 15, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's First Amended Complaint.**

## CERTIFICATE OF SERVICE

I, Daniel P. Kiss, certify that on Tuesday, April 15, 2008, this notice and the above-described document were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Daniel P. Kiss
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595