UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 102 |
|---|---|
| Sandra Kernaghan, | Honorable Judge St. Eve |
| v. | Magistrate Judge Nolan |
| City of Chicago, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kenneth Urbon, John Dolan, Daniel De Lopez, Jose Cardo, Craig Dunderdale, and Scott Wolff, Defendants.

| SIGNATURE | |
|---|---|
| /s/ Anne K. Preston | Assistant Corporation Counsel |
| **FIRM** City of Chicago, Department of Law | |
| **STREET ADDRESS** 30 N. LaSalle St., Suite 1400 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 06287125 | **TELEPHONE NUMBER** (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |