IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA KERNAGHAN, | ) | |
| | ) | 08 C 102 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge ST. EVE |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge NOLAN |
| | ) | |
| Defendants. | ) | Jury Demand |

### NOTICE OF MOTION

To:  Lawrence V. Jackowiak
 Daniel Kiss
 Law Offices of Lawrence V. Jackowiak
 20 N. Clark St., Suite 1700
 Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in her place or stead, on the 5th day of June, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 29th day of May, 2008.

                                    Respectfully submitted,

                                    /s/ Anne K. Preston
                                    ANNE K. PRESTON
30 N. LaSalle Street, Suite 1400    Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-4045
Atty No. 06287125