IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Sandra Kernaghan,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 08 C 102 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| **City of Chicago, a municipal corporation, and unknown Chicago Police Officers John Does and Jane Roes 1-20;** | ) ) ) ) | Magistrate Judge Nolan |
| | ( | |
| **Defendants.** | ) | |

### DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this court for leave to withdraw the appearance of counsel Kenneth Charles Robling on behalf of the City. In support of this motion, the City states the following:

1. Currently, the undersigned, Kenneth Charles Robling, Senior Assistant Corporation Counsel, along with Meghan Kennedy, Assistant Corporation Counsel, have filed appearances in this matter on behalf of Defendant City of Chicago.

2. The undersigned moves to withdraw his appearance because he has assumed other job duties and responsibilities for the City of Chicago Department of Law. Ms. Kennedy will remain as counsel for the City in this matter.

**WHEREFORE,** Defendant City respectfully requests that this Court grant its motion to withdraw the appearance of Kenneth Charles Robling in this matter.

-2-

Dated: June 2, 2008                     Respectfully submitted,

                                        MARA S. GEORGES,
                                        Corporation Counsel of the City of Chicago


                              By:       /s/ Kenneth Charles Robling
                                        KENNETH CHARLES ROBLING
                                        Senior Counsel


30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
312-742-0116

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 2, 2008, he electronically filed the foregoing **Defendant City of Chicago's Motion For Leave To Withdraw Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

>By:  /s/ Kenneth Charles Robling
>KENNETH CHARLES ROBLING