IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sandra Kernaghan, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 102 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| City of Chicago, a municipal corporation, and unknown Chicago Police Officers John Does and Jane Roes 1-20; | ) ) ) ) ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, on **Monday, June 9, 2008 at 8:30 a.m.**, to present its Motion For Leave To Withdraw Appearance, a copy of which has been served on you.

Dated: June 2, 2008

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 2, 2008, he electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
     KENNETH CHARLES ROBLING