## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Sandra Kernaghan

                Plaintiff,

v.                                        Case No.: 1:08−cv−00102
                                                Honorable Amy J. St. Eve

City of Chicago, et al.

                Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (kef, )Mailed notice.


Dated: August 21, 2008

                                                                 /s/ Amy J. St. Eve

                                                            United States District Judge