IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA KERNAGHAN, | ) | |
| | ) | 08 C 102 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge ST. EVE |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge NOLAN |
| | ) | |
| Defendants. | ) | Jury Demand |

## NOTICE OF MOTION

To:   Lawrence V. Jackowiak
Daniel Kiss
Louis Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 1700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in her place or stead, on the 17th day of September, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 10th day of September, 2008.

Respectfully submitted,

/s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 742-4045
Atty No. 06287125