## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sandra Kernaghan
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00102
                                                  Honorable Amy J. St. Eve

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve: Defendants' agreed motion for a protective order [50] is granted. No appearance is required on the 9/17/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.